**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Anthony M. Brandenburg, a Task Force Officer with the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

1.      I am currently assigned as a task force officer (TFO) with the Drug Enforcement Administration (DEA), within the meaning of Section 878(a) of Title 21, United States Code. I am an officer who is empowered by law to conduct investigations, make arrests, execute search warrants, and seize property in connection with violations of Title 21, United States Code.

2.      I am a police officer with the City of Akron Police Department in Akron, Ohio, and have been employed as such for the last 11 years. I have been assigned to the Akron Police Narcotics Unit since November 2020.  Currently, I am assigned as a TFO with the DEA and have been assigned since April 2025.  I am currently assigned to the DEA's Detroit Field Division, Cleveland District Office and the Akron PD Narcotics Unit where I have participated in investigations targeting individuals and organizations involved in drug trafficking offenses in the Northern District of Ohio and elsewhere. During my tenure, I have been involved in the investigation of numerous individuals and organizations involved in the manufacture, distribution, and use of controlled substances at both the state and federal level.

3.      My experience as a DEA TFO, and employment as a law enforcement officer with the Akron Police Department, includes but is not limited to: physical surveillance; supervising the purchases of controlled substances by undercover agents and informants; debriefing persons arrested and convicted of drug trafficking offenses about their illegal activity; compiling, organizing and analyzing pen register and telephone toll data; interviewing witnesses; drafting search warrants seeking seizure of

1

illegal drugs and other evidence of drug violations; searching locations and seizing narcotics, "tools of trade," documents, and the monetary gains of narcotics trafficking; monitoring, overhearing and transcribing court authorized Title III wire intercepts; providing Grand Jury and court testimony; supporting Assistant U.S. Attorneys in prosecution of defendants for federal drug violations; and testifying as a witness concerning violations of federal and State of Ohio drug laws.

4.      Through training and experience, I am very familiar with the appearance and street names of various controlled substances, including but not limited to crystal methamphetamine. I also know the street values of different quantities of controlled substances and am familiar with the methods used by drug dealers to package and prepare controlled substances for sale.  I am also familiar with the language used by drug traffickers to discuss their illegal activities.  I know that the language is often limited, guarded, and coded.  I also know the various code names used to describe controlled substances.

5.      The facts contained in this Affidavit are based upon my personal knowledge of the investigation, in addition to the knowledge, training, experience, and the observations of other law enforcement officers.  All observations and information referenced below that were not personally made or learned by me were relayed to me by the persons who made such observations or learned such information, to include being provided information verbally or in written format.

6.      This Affidavit contains information necessary to support probable cause for this application.  This Affidavit is not intended to be a complete review of all topics discussed in conversations referenced herein.  In addition, this Affidavit is not intended to include each and every fact and matter observed or known by me, other law

2

enforcement officers, or the government.

<u>FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE</u>

7.     Since May of 2025, DEA Cleveland and other law enforcement investigators have participated in a criminal investigation concerning the drug trafficking activities of NICHOLAS P. HELFRICK ("HELFRICK" (DOB: XX-XX-1980), SHELDON E. BELL ("BELL") (DOB: XX-XX-1990), LARRY A. FINCH ("FINCH") (DOB: XX-XX-1982), RICARDO ALLISON ("ALLISON") (DOB: XX-XX-1981) and CLARENCE O. DANIELS ("DANIELS") (DOB: XX-XX-1981), operating in the Northern District of Ohio.  The investigation has included a review of police reports, review of communications, analysis of phone records, and physical and covert surveillance of HELFRICK, BELL, FINCH, DANIELS and others.

8.     The present investigation, to date, corroborated intelligence regarding the crystal methamphetamine trafficking activities of HELFRICK, BELL, FINCH, ALLISON, and DANIELS, and has led to the seizure of multiple pounds of crystal methamphetamine.

9.     I submit that as a result of the investigation conducted to date, there is probable cause to believe that HELFRICK, BELL, FINCH, ALLISON, and DANIELS, and other known an unknown, have committed and/or are currently committing offenses in violation of Title 21, United States Code, Sections 846, 841 (a)(1) and (b)(1)(A)(viii) that is Conspiracy to Possess with Intent to Distribute Controlled Substances, and Possession with Intent to Distribute to wit: crystal methamphetamine.

10.     On November 5, 2025, HELFRICK contacted FINCH to inquire about the availability and quality of four (4) ounces, or one-quarter pound, of unknown narcotics for $500.00.  FINCH advised he would bring the unknown narcotics to HELFRICK.

Approximately 20 minutes later, investigators observed a blue Genesis sedan, known to be driven by FINCH, arrive at 6XX Flora Avenue, Akron, Ohio, the primary residence of HELFRICK.  FINCH exited the driver's seat of the blue Genesis sedan and entered the Flora Avenue residence.  Approximately 30 minutes later, FINCH exited the Flora Avenue residence and departed in the blue Genesis sedan.

11.     On November 13, 2025, investigators observed a blue Toyota RAV4 bearing a Pennsylvania license plate arrive to 6XX Flora Avenue, Akron, Ohio, the known residence of HELFRICK.  A known individual exited the driver's seat of the blue Toyota RAV4 and walked into the 6XX Flora Avenue residence.  After the arrival of the blue Toyota RAV4, HELFRICK contacted BELL, and BELL confirmed he was coming to HELFRICK.  Approximately one hour later, investigators observed a blue/gray Dodge Ram truck, known to be owned/driven by BELL, arrive and park in the driveway of the 6XX Flora Avenue residence.  HELFRICK exited the 6XX Flora Avenue residence and got into the front passenger seat of BELL's blue/gray Dodge Ram.  Approximately eight (8) minutes later, HELFRICK exited the passenger seat of BELL's blue/gray Dodge Ram. The blue/gray Dodge Ram departed and HELFRICK entered the 6XX Flora Avenue residence.  Approximately 17 minutes later, investigators observed the known individual exit the 6XX Flora Avenue residence and depart in the blue Toyota RAV4, with constant surveillance maintained by investigators.  A traffic stop of the blue Toyota RAV4 was conducted by Ohio State Highway Patrol (OSHP) Troopers on Interstate 76 in Mahoning County, Ohio for a traffic violation.  During a probable cause search of the blue Toyota RAV4, OSHP Troopers located multiple plastic bags of crystalline substance.  The crystalline substance was analyzed by the DEA North Central Laboratory and found to contain 350.7 grams of methamphetamine hydrochloride with a 89 percent purity level,

4

or 312.1 grams of pure substance.

12.     On December 12, 2025, a known individual contacted FINCH and requested an undetermined amount of suspected crystal methamphetamine. FINCH indicated to the known individual he/she would have to wait until FINCH got more. Later that same day, FINCH contacted Ricardo ALLISON and indicated he needed to see ALLISON as soon as FINCH got back from Springfield, Ohio. ALLISON indicated he was about to leave his known residence and asked FINCH if they were meeting at FINCH's moms (1XXX Coventry Street) and if FINCH wanted his usual amount of suspected crystal meth, referred to as FINCH's "regular demonstration". FINCH affirmed the location, usual amount, and told ALLISON to bring a couple extra if he wanted. Approximately thirty minutes later, remote video surveillance at ALLISON's known drug repository location captured ALLISON arrive in a gold Chevy Impala. Approximately one minute later, the gold Chevy Impala was observed backing out of the residence and departed. Pursuant to ALLISON departing his drug repository location, remote video surveillance at 1XXX Coventry Street captured FINCH arrive in a white Kia Telluride, just prior to ALLISON arriving in the gold Chevy. ALLISON was the front seat passenger, and his known girlfriend was the driver. Subsequently, all three (FINCH, ALLISON, and ALLISON's known girlfriend) met up outside and entered the residence through the front door together. Approximately ten minutes later, remote video surveillance captured ALLISON, and his girlfriend exit the residence and departed in the gold Chevy.

13.     On December 12, 2025, a known individual contacted FINCH and requested approximately two (2) ounces of crystal methamphetamine.  FINCH directed the known individual to 1XXX Coventry Street, Akron, Ohio.  Investigators observed a

5

green Toyota Tundra arrive at 1XXX Coventry Street.  The known individual exited the driver's seat of the Toyota Tundra and walked up the driveway of 1XXX Coventry Street. A white Kia Telluride, occupied by FINCH and the known individual, departed from the 1XXX Coventry Street residence, traveled to a known drug repository associated with FINCH, then back to the 1XXX Coventry Street residence.  FINCH exited the driver's seat of the white Kia Telluride, the known individual exited the passenger seat, and both parties walked into 1XXX Coventry Street.  Approximately eight (8) minutes later, the known party exited the Coventry Street residence and departed in the green Toyota Tundra, with electronic surveillance maintained by investigators.  A traffic stop of the green Toyota Tundra was conducted by agents/investigators with MEDWAY Drug Enforcement Agency in the area of Doylestown, Ohio.  During the traffic stop, MEDWAY investigators located and seized two plastic bags containing a crystalline substance from the known individual's person.  The crystalline substance was analyzed by the DEA North Central Laboratory and found to contain 56 grams of methamphetamine hydrochloride with a 100 percent purity level.

14.    On December 14, 2025, BELL contacted HELFRICK and HELFRICK requested approximately three (3) pounds of crystal methamphetamine from BELL for redistribution to a known individual(s) from Pennsylvania.  Several hours later, investigators observed a blue Toyota RAV4 bearing a Pennsylvania license plate[1]  arrive to 6XX Flora Avenue, Akron, Ohio.  Investigators further observed two known individuals exit the vehicle and enter the 6XX Flora Avenue residence.  Approximately one minute after the arrival of the blue Toyota RAV4, HELFRICK contacted BELL, and

---

[1]    The blue Toyota RAV 4 bearing a Pennsylvania license plate was the same blue Toyota RAV 4 investigators observed depart from HELFRICK's 6XX Flora Avenue residence on November 13, 2025, which led to the seizure of 350 grams of crystal methamphetamine.

BELL advised HELFRICK to call him via an encrypted method.  Shortly after, investigators observed a white Jeep Compass, known to be driven by BELL, arrive at 6XX Flora Avenue and park in the driveway of the residence.  HELFRICK exited the Flora Avenue residence and got into the front passenger seat of the white Jeep Compass.  Approximately two (2) minutes later, HELFRICK exited the passenger seat of the white Jeep Compass.  The white Jeep Compass departed and HELFRICK entered the 6XX Flora Avenue residence.  Approximately 20 minutes later, investigators observed the two known individuals exit the 6XX Flora Avenue residence depart in the blue Toyota RAV4, with constant surveillance maintained by investigators.  A traffic stop of the blue Toyota RAV4 was conducted by OSHP Troopers on State Route 225 in Portage County, Ohio for traffic violations.  During a probable cause search of the blue Toyota RAV4, OSHP Troopers located three large plastic bags wrapped in plastic wrap containing a crystalline substance.  The crystalline substance was analyzed by the DEA North Central Laboratory and found to contain 1334.0 grams of methamphetamine hydrochloride with an 88 percent purity level, or 1173.9 grams of pure substance.

15.     On December 31, 2025, a known individual contacted FINCH and requested approximately three (3) pounds of crystal methamphetamine for $5,700.  After speaking with the known individual, investigators observed a black Nissan Sentra bearing a Pennsylvania license plate arrive at 1XXX Coventry Street, Akron, Ohio, the residence of FINCH.  Three people, to include the known individual, exited the black Nissan Sentra and entered the 1XXX Coventry Street residence.  FINCH then contacted DANIELS, and DANIELS advised he was heading to FINCH's location.  Investigators observed a black Hyundai Sonata known to be driven by DANIELS arrive at FINCH's 1XXX Coventry Street residence. FINCH exited the residence empty handed and got into the passenger

7

seat of the black Hyundai Sonata.  Approximately two (2) minutes later, FINCH exited the passenger seat of the black Hyundai Sonata carrying a large tan Target shopping bag and the black Hyundai Sonata departed.  FINCH carried the large Target shopping bag into the 1XXX Coventry Street residence. Approximately eight (8) minutes later, the three people exited the 1XXX Coventry Street residence and entered the black Nissan Sentra. While doing so, investigators noted the known individual had a large bulge in his sweatshirt pocket as he entered the backseat of the black Nissan Sentra.  The black Nissan Sentra departed from FINCH's residence, with constant surveillance maintained by investigators.  A traffic stop of the black Nissan Sentra was conducted by OSHP Troopers on Interstate 76 in Mahoning County, Ohio for traffic violations.  As the OSHP Trooper activated his overhead lights, the known individual was observed frantically moving around the backseat.  During a probable cause search of the black Nissan Sentra, OSHP Troopers located two tan Target shopping bags in the backseat area, consistent with the tan Target shopping bag FINCH obtained from the black Hyundai Sonata and carried into the 1XXX Coventry Street residence.  A search of the tan Target shopping bags revealed a large plastic bag wrapped in plastic wrap containing a crystalline substance.  The crystalline substance was analyzed by the DEA North Central Laboratory and found to contain 1339.6 grams of methamphetamine hydrochloride with a 95 percent purity level, or 1272.6 grams of pure substance.

16.    On December 31, 2025, Ricardo ALLISON contacted FINCH and requested the "same thing again", believed to be approximately four (4) pounds of suspected crystal methamphetamine. During communications with ALLISON, FINCH indicated a third-party source of supply (DANIELS) was already on the way to deliver the three (3) pounds for another known individual and directed ALLISON to the known

location. After speaking withALLISON, FINCH contacted DANIELS to ask how much longer he would be. DANIELS indicated he would obtain the four pounds of suspected meth and head FINCH's way. Approximately 10 minutes later, investigators observed DANIELS arrive in a black Hyundai Sonata[2] at 1XXX Coventry Street and remained inside the Hyundai while the vehicle remained running. Approximately four minutes after DANIELS arrived, ALLISON arrived at 1XXX Coventry Street in a silver Cadillac SRX and proceeded directly into the residence with his known girlfriend. ALLISON was the front seat passenger, and his known girlfriend was the driver. Approximately five minutes later, FINCH arrived in his white Kia Telluride at 1XXX Coventry Street and pulled into the driveway of the residence. FINCH immediately walked to DANIELS' black Hyundai and entered the front passenger seat empty handed. Approximately one minute later, FINCH exited the front passenger seat of the black Hyundai carrying a white grocery bag that appeared dense in weight.  FINCH entered the 1XXX Coventry Street residence and DANIELS departed in the black Hyundai. Approximately ten minutes later, ALLISON exited 1XXX Coventry Street and departed in the silver Cadillac SRX.

17.    On January 1, 2026, FINCH contacted DANIELS to purchase approximately two (2) pounds of crystal methamphetamine and DANIELS directed FINCH to known residence, used as a drug repository by DANIELS, so that FINCH could obtain the two (2) pounds of crystal methamphetamine from a known, third-party individual.  In addition to the communication with DANIELS, covert surveillance confirmed FINCH traveled to the known drug repository residence, as directed by DANIELS, and met with the known, third-party individual who provided FINCH approximately two (2) pounds of crystal methamphetamine. Approximately one hour

---

[2] This is the same black Hyundai Sonata DANIELS arrived in earlier that day at 1XXX Coventry Street to deliver three (3) pounds of crystal meth to FINCH for another known individual.

after FINCH obtained the approximately two (2) pounds of crystal methamphetamine from the known, third-party individual, DANIELS contacted FINCH to confirm the transaction and to discuss the quality and color of the crystal methamphetamine.

## CONCLUSION

18.     Based on the aforementioned facts and circumstances, there is probable cause to believe that between November 13, 2025 and January 1, 2026, in the Northern District of Ohio, Eastern Division, NICHOLAS HELFRICK, SHELDON BELL, LARRY FINCH, RICARDO ALLISON and CLARENCE DANIELS did commit violations of Title 21, United States Code, Sections 846, 841 (a)(1) and (b)(1)(A)(viii) that is Conspiracy to Possess with Intent to Distribute Controlled Substances, and Possession with Intent to Distribute to wit: crystal methamphetamine.

_____
Anthony M. Brandenburg
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to me this _10th_ day of  April 2026 via telephone after submission by reliable electronic means. FED. R. CRIM. P. 4.1 and 41(d)(3).

_____
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE

10